**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JUN 09 2011

JAMES W. McCORMACK, CLERK
By: _Sean Burman_
DEP CLERK

CHERYL AND GEORGE WILLIAMS                                              PLAINTIFFS

VS.                                          NO. 3:11 CV00106-DPM

SUPER D DRUGS ACQUISITION
COMPANY d/b/a SUPER D EXPRESS
RX NO. 1043                                                                 DEFENDANT
This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

## NOTICE OF REMOVAL

Comes defendant, Super D Drugs Acquisition Co., d/b/a Super D Express No. 1043,

erroneously referred to as Super D Drugs Acquisition Company d/b/a Super D Express RX

No. 1043, and for its notice of removal from the Circuit Court of Craighead County,

Arkansas, states:

**1.**

Plaintiffs, Cheryl and George Williams, are residents of Jonesboro, Craighead

County, Arkansas. Defendant, Super D Drugs Acquisition Co., is a Delaware corporation.

**2.**

Complete diversity of citizenship exists between plaintiffs and defendant. The

amount in controversy exceeds the sum of Seventy-Five Thousand and 00/100 Dollars

($75,000.00) exclusive of interests and costs.  Jurisdiction is proper pursuant to

28 U.S.C. §1332(a). Venue is also proper.

**3.**

Removal is sought pursuant to 28 U.S.C. § 1446(a). This action was originally filed in the Circuit Court of Craighead County, Arkansas, and docketed as Case No. CV-2011-0288 (DL). The complaint seeks a recovery of damages for alleged medical negligence in the filling of a prescription. Copies of the complaint and summons served upon the defendant are attached hereto and marked as Exhibit "A." A copy of the answer filed on behalf of Super D Drugs Acquisition Co., is attached hereto and marked as Exhibit "B."

**4.**

This notice of removal has been given within thirty (30) days of the receipt of summons and complaint as required by 28 U.S.C. § 1446(b). The attached complaint is the initial pleading setting forth the plaintiffs' claim for relief.

**5.**

A true and correct copy of this notice of removal will be filed promptly with the Clerk of the Circuit Court of Craighead County, Arkansas, pursuant to 28 U.S.C. § 1446(d). A true and correct copy of this notice of removal has been provided to opposing counsel as evidenced by the certificate of service which appears below.

/s/ Scott D. Provencher
Bar No. 96148
Attorney for Super D Drugs Acquisition Co.
Anderson, Murphy & Hopkins, LLP
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201
Telephone:   (501) 372-1887
Facsimile:   (501) 372-7706
E-Mail:   provencher@amhfirm.com

## CERTIFICATE OF SERVICE

A copy of the foregoing notice of removal has been mailed to **Mr. George R. Wise, Jr.,** The Brad Hendricks Law Firm, 500 C Pleasant Valley Drive, Little Rock, Arkansas 72227, on this 8th day of June, 2011.

/s/ Scott D. Provencher
Bar No. 96148
Attorney for Super D Drugs Acquisition Co.
Anderson, Murphy & Hopkins, LLP
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas 72201
Telephone:   (501) 372-1887
Facsimile:   (501) 372-7706
E-Mail:        provencher@amhfirm.com