IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS

CHERYL and GEORGE WILLIAMS                                          PLAINTIFFS

v.                              No. CV- 2011- 0288 /bL/

SUPER D DRUGS ACQUISITION COMPANY,
d/b/a SUPER D EXPRESS RX NO. 1043                                   DEFENDANT

## COMPLAINT

Cheryl and George Williams for their Complaint against the Defendant, state:

1. Cheryl and George Williams are residents of Jonesboro, Craighead County, Arkansas. Super D Drugs Acquisition Company is a foreign corporation registered to do business in the States of Arkansas and which operates pharmacies under the name Super D Express RX. Super D Drugs Acquisition Company operates a pharmacy, Super D Express RX No. 1043, at 533 West Nettleton, Jonesboro, Craighead County, Arkansas.

2. This is a cause of action based on medical negligence occurring in Craighead County, Arkansas. As such, venue and jurisdiction are appropriate in this Court.

3. Cheryl Williams developed hypothyroidism. To treat this, her doctor prescribed Cytomel. Cytomel is liothyronine sodium, a form of thyroid hormone used to treat hypothyroidism. Liothyronine is the most potent form of thyroid hormones. Thyroid hormones are essential to the proper development and function of cells in the human body. Thyroid hormones also regulate protein, fat and carbohydrate metabolism and affect how human cells use energetic compounds. Mrs. Williams was prescribed 5 microgram tablets of Cytomel and was directed to take two 5 microgram tablets each morning.

4. On June 1, 2010, Mrs. Williams went to Super D Express RX No. 1043 to have her

Cytomel refilled. Rather than filling it with 5 microgram tablets, agents or employees of the Defendant filled the prescription with 50 microgram tablets. There are no markings on a 50 microgram tablet to distinguish it from a 5 microgram tablet. The bottle in which the 50 microgram tablets were miss-filled was marked as containing 5 microgram tablets. From June 21 to July 8, 2010, Mrs. Williams took 100 micrograms of Cytomel rather than 10 micrograms of Cytomel. In other words, Mrs. Williams took ten times the prescribed dosage of Cytomel for seventeen days.

5. Over those seventeen days, Mrs. Williams gradually developed extreme fatigue, dizziness, nervousness, a rapid heart beat, extreme insomnia (she was only sleeping two hours a night), clamminess, intolerance to heat, general aches and weakness, confusion, and, towards the end, shakiness in her hands.

6. Because of these signs and symptoms, on July 8, 2010, Mrs. Williams saw Dr. Jeff Barber who advised her to discontinue the thyroid medication. She continued her care for these problems with her primary care physician, Dr. Tim Shown, who eventually referred her to a cardiologist because of her continued cardiac problems.

7. Since August of 2010, Mrs. Williams has been under the care of a cardiologist and an endocrinologist. The overdose of Cytomel has caused her to develop hyperthyroidism. She has developed a rapid heart beat which is requiring her to take medication for this and it is likely that she will develop a permanent cardiomyopathy.

8. The defendant was negligent through the acts of its agents and employees, said negligent acts being, among other things, the following:

    (a)    Failing to properly supervise agents and employees responsible for correctly filling prescriptions;

(b) Negligently and incorrectly filling Cheryl Williams' prescription for Cytomel;

(c) Failing to tell Mrs. Williams her prescriptions for Cytomel had been improperly filled;

(d) Failing to have adequate safeguards, policies and procedures to ensure that prescriptions are filled correctly; and

(e) Otherwise failing to use that degree of skill and care required under the circumstances.

9. Cheryl Williams has sustained the following damages for which she makes claim:

(a) Past and future medical expense;

(b) Past and future pain, suffering, an mental anguish;

(c) Past and future loss of income; and

(d) Permanent injury.

10. George Williams has suffered the loss of consortium of his wife.

11. Plaintiffs demand a jury trial.

WHEREFORE, Plaintiffs pray that they be awarded damages in excess of the federal jurisdictional limit and sufficient to compensate them for the damages described herein, and for all other relief to which they may be entitled.

Respectfully submitted,

***THE BRAD HENDRICKS LAW FIRM***
500 C Pleasant Valley Drive
Little Rock, AR 72227
(501) 221-0444
(501) 219-0608 (fax)
gwise@bradhendricks.com

BY: _____
GEORGE R. WISE, JR., ABN 78171