IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHERYL AND GEORGE WILLIAMS**                                          **PLAINTIFFS**

v.                              Case No. 3:11-cv-106-KGB

**SUPER D DRUGS ACQUISITION**
**COMPANY d/b/a SUPER D EXPRESS**
**RX NO. 1043**                                                          **DEFENDANT**

ORDER OF DISMISSAL

The parties have informed the Court that this matter has been settled. Therefore, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 16th day of August, 2012.

_____
Kristine G. Baker
United States District Judge